# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRON RANGE CAPITAL PARTNERS, LLC, | ) |
| | ) Case No. 1:14-cv-01339 |
| Plaintiff, | ) |
| | ) Hon. Judge John W. Darrah |
| v. | ) |
| | ) |
| OSPREY CAPITAL, LLC, DAVID H. HOFFMANN, and GREGORY D. HOFFMANN, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS ALL COUNTS OF PLAINTIFF'S COMPLAINT

Pursuant to FED. R. CIV. P. 12(b)(6), Defendants, Osprey Capital, LLC, David H. Hoffmann, and Gregory D. Hoffmann, respectfully request this Honorable Court to enter an Order dismissing the Complaint in its entirety, with prejudice, because it fails to state a claim upon which relief can be granted. Defendants file their Memorandum in Support of their Motion to Dismiss concurrently herewith.

Date: April 28, 2014

Respectfully submitted,

RUBERRY, STALMACK & GARVEY, LLC

/s/ Edward F. Ruberry
Attorney for Defendants

Edward F. Ruberry
Alexander R. Hess
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison, Suite 2300
Chicago, Illinois 60661
Phone: (312) 466-8050
Fax: (312) 488-8055
ed.ruberry@rsg-law.com
alex.hess@rsg-law.com